| | |
|---|---|
| 1 | MARINA C. GRUBER, Bar No. 53873 |
|   | marina.gruber@morganlewis.com |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | 1400 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
|   | Tel: +1.650.843.4000 |
| 4 | Fax: +1.650.843.4001 |
| 5 | Attorneys for Defendant |
|   | MELLANOX TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL ANN R. SLATER, | Case No. 2:19-cv-01823 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MELLANOX TECHNOLOGIES, INC., | |
| A foreign corporation, | |
| Defendant. | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Silicon Valley

(Case No. 2:19-cv-01823)
CERTIFICATE OF SERVICE

DB2/ 37772334.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that, on November 8, 2019, she caused to be served on the person(s) listed below in the manner shown:

1. **Defendant Mellanox Technologies, Inc.'s Notice of Removal of Action to the United States District Court for the Western District of Washington; and**

2. **Civil Cover Sheet.**

| | |
|---|---|
| Matthew J. Bean<br>Bean Law Group<br>Denny Building, Suite 500<br>2200 Sixth Avenue<br>Seattle, WA 98121<br>Tel:  (206) 522-0618<br>Email:  matt@beanlawgroup.com | *Attorney for Plaintiff* |

**Via U.S. Mail**

Dated at Palo Alto, California, November 8, 2019.

_____
Luz Marie Ramirez

- 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1400 PAGE MILL ROAD
PALO ALTO, CA  94304
+1.650.843.4000

DB2/ 37772226.1